**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **RICKY HEAD**, <br> Plaintiff, <br> v. <br> **CAROLYN W. COLVIN**, Acting Commissioner of Social Security <br> Defendant. | Case No. 4:17-cv-00536-YGR <br><br> **JUDGMENT** |

In accordance with the Court's August 8, 2017, order denying plaintiff Head's motion for summary judgment and granting defendant Colvin's cross-motion for summary judgment, judgment is entered in favor of defendant Colvin and against plaintiff Head with respect to all claims asserted in the complaint. The clerk is ordered to terminate case No. 17-cv-00536-YGR.

**IT IS SO ORDERED.**

Date: September 1, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

1